**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 18-1820

BOBBY KNIGHT, a/k/a Bobby Knight, III,

Plaintiff - Appellant,

v.

CHENEGA SECURITY, INC.; JOHN THORPE, Chenga Security,

Defendants - Appellees,

and

ROBERT J. PAPP, JR., United States Coast Guard Admiral; ATLANTIC ELECTRIC, LLC; LEGRANDE RICHARDSON; MICHAEL RICHARDSON, individually; LEGRANDE RICHARDSON, JR., South Carolina State Department of Labor Licensing & Regulation, as Contractor's Licensing Board; LEWIS M. CASWELL, South Carolina State Department of Labor Licensing & Regulation, as Contractor's Licensing Board; JAMES EDWARD LADY, South Carolina State Department of Labor Licensing & Regulation, as Contractor's Licensing Board; DANIEL B. LEHMAN, South Carolina State Department of Labor Licensing & Regulation, as Contractor's Licensing Board; KIMBERLY L. LINEBERGER, South Carolina State Department of Labor Licensing & Regulation, as Contractor's Licensing Board; BILL NEELY, South Carolina State Department of Labor Licensing & Regulation, as Contractor's Licensing Board; JAMIE C. PATTERSON, South Carolina State Department of Labor Licensing & Regulation, as Contractor's Licensing Board; W. FRANKLIN WALKER, South Carolina State Department of Labor Licensing & Regulation, as Contractor's Licensing Board; NIKKI R. HALEY, Governor; GEORGE SKIP ALDRICH, Individual, DHS-USCG CHAS; JOHN THORPE, Chenega Security; MICHAEL GLAZIER, Individual, DHS-FLETC CHAS,

Defendants.

Appeal from the United States District Court for the District of South Carolina, at Charleston. David C. Norton, District Judge. (2:15-cv-03199-DCN)

Submitted: March 14, 2019                                    Decided: March 18, 2019

Before WYNN and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Bobby Knight, III, Appellant Pro Se. John Keith Blincow, Jr., BLINCOW GRIFFIN, Charleston, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

Bobby Knight appeals from the district court's amended judgment dismissing Knight's civil claims against several Defendants. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's amended judgment. *See Knight v. Chenega Sec., Inc.*, No. 2:15-cv-03199-DCN (D.S.C. July 27, 2018). We grant Knight's motion to supplement the record. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*